THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

CASE NO 3:21-CV-00830-K-BT

Joe Hunsinger,

    Plaintiff Pro-Se'

v.

AFFORDABLE AUTO PROTECTION, LLC,

    Defendant

SING FOR SERVICES, LLC dba MEPCO

    Defendant

_____/

## AFFIDAVIT OF GUSTAV RENNY IN SUPPORT OF AFFORDABLE AUTO PROTECTION, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

STATE OF FLORIDA
COUNTY OF PALM BEACH

    On this day, Gustav Renny appeared before me, the undersigned notary public. After I administered an oath to him, he stated:

1. My name is Gustav Renny and I am the Manager of Affordable Auto Protection, LLC.
2. I am competent to make this affidavit.
3. The facts stated in this affidavit are within my personal knowledge and are true and correct.
4. Affordable Auto Protection, LLC does not own or lease any real estate in the State of Texas and has no office locations nor presence in the State of Texas.
5. Affordable Auto Protection, LLC has never conducted business operations of any kind in the State of Texas.
6. Affordable Auto Protection, LLC has never incurred or remitted taxes in the State of Texas.
7. Affordable Auto Protection, LLC did not make pre-recorded calls to Plaintiff.
8. Affordable Auto Protection, LLC is not AAP and does not do business as AAP.
9. AAP is a registered d/b/a name of a different corporate entity that is independent of Affordable Auto Protection, LLC.

EXHIBIT "1"

10. Affordable Auto Protection, LLC does not do any telemarketing and does not sell automobile warranties via telephone or telemarketing.
11. Affordable Auto Protection, LLC did not call Plaintiff and did not sell Plaintiff a MEPCO Vehicle Services Policy.
12. Affordable Auto Protection, LLC is improperly named as a defendant in this action.

AFFIANT SAYETH NOTHING MORE

SIGNED ON the 2 day of June 2021.

Affordable Auto Protection LLC's

By: _____

Gustav Renny

Title: Manager


SWORN TO and SUBSCRIBED before me on this the 25th day of June, 2021, to which witness my hand and official seal of office. _____



JASON S. WEISS
MY COMMISSION # GG165363
EXPIRES: April 2, 2022
Bonded Thru Notary Public Underwriters