IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HUNSINGER, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL NO. 3:21-CV-0830-K-BT | |
| § | | |
| § | | |
| AFFORDABLE AUTO PROTECTION, § | | |
| LLC, and SING FOR SERVICESm LLC § | | |
| d/b/a MEPCO, § | | |
| Defendants. § | | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

The Court GRANTS Defendants' Motions to Set Aside Default (ECF Nos. 16, 27), directs the Clerk of Court to set aside the entries of default against Affordable and Mepco, and DENIES as moot Plaintiff's Motions for Default Judgment (ECF No. 24, 33) and Motions for Entry of Default (ECF Nos. 10, 11). Finally, Mepco's Motion for

Leave to File Motion to Dismiss (ECF No. 28) is GRANTED.

    SO ORDERED.

Signed December 14th, 2021.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE